UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAHQUAN SPENCER, BERNADINE COOLEY,
S.S., Z.S1, Z.S2,

                              Plaintiffs,

            -against-

OMEGA LABORATORIES, INC., *et al.*,

                             Defendants.
------------------------------------------------------------------X

**REPORT AND RECOMMENDATION**
20-3747 (JMA) (ARL)

**LINDSAY, Magistrate Judge:**

      Plaintiffs filed a letter requesting permission to file an amended complaint on December 18, 2020.  Defendants have not opposed the motion despite the pendency of their pre-motion conference request to move to dismiss.  Nevertheless, Plaintiffs have failed to attach the proposed amended complaint to the letter motion.  "[A] movant's failure to submit a proposed amended complaint constitutes sufficient grounds to deny a motion to amend." *Murray v. New York*, 604 F.Supp.2d 581, 588 (W.D.N.Y. 2009) (citing *La Barbera v. Ferran Enterprises Inc.*, 2009 U.S. Dist. LEXIS 9615, 2009 WL 367611, at * 3 (E.D.N.Y. Feb. 10, 2009) ("In order to meet the requirements of particularity in a motion to amend, a complete copy of the proposed amended complaint must accompany the motion so that both the Court and the opposing party can understand the exact changes sought.")); *Ackermann v. N.Y. City Dep't of Info.Tech. & Telecommc'ns*, No. 09-CV-2436, 2010 U.S. Dist. LEXIS 28537, 2010 WL 1172625 at *1 (E.D.N.Y. Mar. 24, 2010) ("Any motion to amend must attach the proposed amended complaint specifying the new claims."); *Schwasnick v. Fields,* No. 08-civ-4759, 2010 U.S. Dist. LEXIS 65958, 2010 WL 2679935, at *11 (E.D.N.Y. June 30, 2010) (the court may "deny leave to amend where the Plaintiff[] fails to submit a proposed pleading and does not explain why").

      Accordingly, the undersigned respectfully recommends that Plaintiffs' motion to amend

the complaint be denied without prejudice to refiling, attaching the proposed amended complaint.

## OBJECTIONS

A copy of this Report and Recommendation is being electronically served by the Court on the parties. Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule 72 of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. Such objections shall be filed with the Clerk of the Court via ECF. Any requests for an extension of time for filing objections must be directed to Judge Feuerstein prior to the expiration of the fourteen (14) day period for filing objections. Failure to file objections will result in a waiver of those objections for purposes of appeal of the District Court's Order. *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P 72; *Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C.,* 596 F.3d 84, 92 (2d Cir. 2010); *Beverly v. Walker,* 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchant's Bank,* 84 F.3d 52, 60 (2d Cir. 1996).

Dated: Central Islip, New York
       June 7, 2021

                                                                    _____/s_____
                                                                    ARLENE R. LINDSAY
                                                                    United States Magistrate Judge